UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>  Plaintiff,<br><br>vs.<br><br>THE APPELLATE LAW FIRM,<br><br>  Defendant. | 2:22-CV-12564<br><br>**ORDER RESCINDING REFERENCE AND DISMISSING CASE**<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiff (ECF No. 57), the Order of Reference to Magistrate Judge is rescinded, and this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: June 16, 2023